# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Hupp,<br><br>        Petitioner,<br><br>v.<br><br>Kamala Harris, Secretary,<br><br>        Respondent. | Case No.: 16-cv-00767-GPC-BGS<br><br>**ORDER** |

Pursuant to the Southern District of California Local Rules, parties are not to engage in *ex parte* communications with Chambers. *See* CivLR 83.9 ("parties to any action or proceeding must refrain from writing letters to the judge, or otherwise communicating with the judge unless opposing counsel is present"); *see also* Judge Skomal's Chambers' Rules ("Telephone calls to chambers are permitted only for matters such as calendaring or addressing discovery disputes. Court personnel are prohibited from giving legal advice or discussing the merits of a case on an *ex parte* basis.").

Accordingly, **attempts to engage in telephonic *ex parte* communications with chambers' staff will not be tolerated.** If Petitioner wishes to lodge a request with the Court, he must do so by filing a written request. *See* CivLR 83.9 ("All matters to be called to a judge's attention should be formally submitted.").

Future violation of this Order could result in sanctions. CivLR 83.1 ("failure of counsel or of any party to comply with . . . any order of the court may be grounds for imposition by the court of any and all sanctions authorized by statute or rule or within the inherent power of the court"); CivLR 83.11 ("Any person appearing *propria persona* is bound by these rules of court and by the Fed. R. Civ. P. or Fed. R. Crim. P., as appropriate. Failure to comply therewith may be ground for dismissal or judgment by default.").

**IT IS SO ORDERED.**

Dated: February 8, 2018

Hon. Bernard G. Skomal
United States Magistrate Judge